UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:09-CR-93 |
| | ) | (VARLAN/SHIRLEY) |
| DENNIS R. BOLZE, | ) | |
| Defendant. | ) | |

## ORDER

This criminal action is before the Court on the Report and Recommendation (the "R&R") [Doc. 101], entered on December 22, 2011 by United States Magistrate Judge C. Clifford Shirley, Jr. No objections have been filed to the R&R and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Fed. R. Crim. P. 51.

In the R&R, Magistrate Judge Shirley recommended that the defendant's motion for return of property [Doc. 98] be granted, in part, and denied as moot in all other respects. Upon review of the R&R [Doc. 101], the Court agrees with the recommendations of the magistrate judge and hereby **ADOPTS** the same. Accordingly, the defendant's motion for return of property [Doc. 98] is **GRANTED in part**, to the extent that the government is **ORDERED** to return the defendant his reading glasses. The defendant's motion [Doc. 98]

is **DENIED as moot** in all other respects.  The Clerk of Court is **DIRECTED** to mail a copy of this order to the defendant at the address listed on page 7 of his motion.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE